# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANTHONY WINTERS,<br><br>    Plaintiff,<br><br>    v.<br><br>SUSAN HUBBARD, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:08-cv-01681-LJO DLB PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN **FIFTEEN (15) DAYS**<br><br>(Doc. 1) |

Plaintiff Robert Anthony Winters ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on November 4, 2008. The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states cognizable claims for relief under section 1983 against Defendant Derral Adams for violation of the Eighth Amendment. Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    WARDEN DERRAL G. ADAMS

2. The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed November 4, 2008.

3. Within **fifteen (15) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the

1

1  Court with the following documents:
2      a.    Completed summons;
3      b.    One completed USM-285 form for each defendant listed above; and
4      c.    Two (2) copies of the endorsed complaint filed November 4, 2008.
5  4.    Plaintiff need not attempt service on Defendant Adams and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.
9  5.    <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:**    **December 12, 2008**            **/s/ Dennis L. Beck**
                                                   UNITED STATES MAGISTRATE JUDGE