# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINTERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HUBBARD, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-01681 LJO DLB PC<br><br>ORDER STRIKING DOCUMENTS FROM RECORD<br><br>(Docs. 19, 22, 24, 25) |

　　　　Plaintiff Robert Anthony Winters ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on November 4, 2008. On March 23, 2009, Plaintiff filed a second amended complaint.[1] (Doc. 20).

　　　　On March 26, 2009, Plaintiff filed a declaration titled "Declaration of Armando Ortiz In In [sic] Support of §1983 Amended Complaint of Robert Anthony Winters" (Doc. 19). On March 27, 2009, Plaintiff filed a document titled "Declaration of Domingo Gonzales". (Doc. 22). Finally, on March 30, 2009, Plaintiff filed his own declaration as well as a second declaration from Domingo Gonzales (Docs. 24-25).

　　　　The court cannot serve as a repository for the parties' evidence. The parties may not file evidence with the court until the course of litigation brings the evidence into question.

///

---

[1] Plaintiff's second amended complaint was screened by order issued separately. 28 U.S.C. § 1915A(a).

1

1  Because no evidence is required at this stage in the proceeding, all four declarations are
2  HEREBY ORDERED STRICKEN from the record.  Any further attempts to improperly submit
3  evidence will be returned without filing.

5  IT IS SO ORDERED.
6  Dated:     April 3, 2009                             /s/ Dennis L. Beck
                                                  UNITED STATES MAGISTRATE JUDGE