# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINTERS,<br><br>          Plaintiff,<br><br>     vs.<br><br>HUBBARD, et. al,<br><br>          Defendants.<br>_____/ | CASE NO. 08-CV-01681 LJO DLB PC<br><br>**ORDER OVERRULING OBJECTIONS, DENYING MOTION FOR RECONSIDERATION AND DENYING MOTION FOR INJUNCTIVE RELIEF** |

Plaintiff Robert Anthony Winters ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on November 4, 2008. On March 23, 2009, Plaintiff filed a second amended complaint. (Doc. 20). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 3, 2009, the Magistrate Judge issued an "Order Striking Documents from the Record." (Doc. 26.)  The order struck the "Declaration of Armando Ortiz In In [sic] Support of §1983 Amended Complaint of Robert Anthony Winters," (Doc. 19), the "Declaration of Domingo Gonzales," and plaintiff's declaration and a second declaration from Domingo Gonzales (Docs. 24-25).  The Court struck the declarations on the basis that the proceedings are not yet at an evidentiary stage and the Court does serve as the repository for the parties' evidence.  On April 6, 2009, the Magistrate Judge issued an "Order Requiring Plaintiff to Either File a Third Amended Complaint or Notify the Court of Willingness to Proceed only on Claims Found to be Cognizable."  (Doc. 27.)  The Magistrate Judge screened the complaint and found certain claims to be cognizable and other

1  claims not to be cognizable.  The Magistrate Judge ordered that plaintiff file an amended complaint
2  curing the deficiencies identified in the order, or notify the Court in writing that he does not wish to
3  file an amended complaint and wishes to proceed only against Defendants D. Adams, Lopez, D.
4  Ortiz, J. Hartley, L. Watson, F. P. Field, and M. Jennings.

5  On April 13, 2009, plaintiff filed objections to the Order Striking Documents.  (Doc. 28 and
6  29.)  On April 17, 2009, plaintiff filed objections to the Order requiring plaintiff to file a third
7  amended complaint.  (Doc. 30.)  Then, on April 22, 2009, plaintiff filed a motion for reconsideration
8  of the both of the Magistrate Judge's orders.  (Doc. 32.)

9  In accordance with the provisions of 28 U.S.C. § 636(b)(1)( c), Fed.R.Civ.P. 72(b) and Local
10 Rule 73-304, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the
11 entire file, the Court finds the Magistrate Judge's Orders to be supported by the record and by the
12 Magistrate Judge's analysis.

13 Accordingly, the Court HEREBY ORDERS as follows:

14 1. The Court OVERRULES plaintiff's objections to the Order Striking Documents
15 (Doc. 26) and OVERRULES plaintiff's objections to the Order requiring plaintiff to file a third
16 amended complaint (Doc. 27).

17 2.  Within thirty (30) days from the date of service of this order, Plaintiff must either:
18   a. File a third amended complaint curing the deficiencies
19      identified by the Court in the order, **or**
20   b. Notify the Court in writing that he does not wish to file an
21      amended complaint and wishes to proceed only against
22      Defendants D. Adams, Lopez, D. Ortiz, J. Hartley, L. Watson,
23      F. P. Field, and M. Jennings;
24 3. If plaintiff elects to file an amended complaint, Plaintiff is ordered to file a <u>complete</u>
25    third amended complaint, per Local Rule 15-220 and <u>absolutely no piecemeal</u>
26    <u>submissions</u>.  The complaint must be retyped and filed so that it is complete in itself
27    without reference to the prior pleadings or reference any other document.
28 4. The Court DENIES plaintiff's Motion to Expedite Injunctive Relief, without

1   prejudice. (Doc. 35.)  The plaintiff has failed to comply with this Court's order to file
2   a proper relief may be granted.

4   **Plaintiff is admonished that failure to comply with this order will result in dismissal of this**
5   **action.**

7   IT IS SO ORDERED.
8   **Dated:   June 23, 2009**                            /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE