# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANTHONY WINTERS, | CASE NO. 1:08-cv-01681-LJO-DLB PC |
| Plaintiff, | ORDER DENYING MOTION |
| v. | (Doc. 38) |
| SUSAN HUBBARD, et al., | ORDER STRIKING DOCUMENTS |
| Defendants. | (Docs. 42, 44) |
| | ORDER REQUIRING PLAINTIFF TO EITHER FILE THIRD AMENDED COMPLAINT OR NOTIFY COURT OF WILLINGNESS TO PROCEED ONLY ON CLAIMS FOUND TO BE COGNIZABLE |
| / | RESPONSE DUE WITHIN **TWENTY DAYS** |

## INTRODUCTION

In this inmate civil rights action, pro se plaintiff Robert Anthony Winters ("Plaintiff") seeks reconsideration of the District Judge's order overruling plaintiff's objections and denying Plaintiff's motions for reconsideration and expedited injunctive relief. For the reasons discussed below, this Court DENIES plaintiff reconsideration.

## BACKGROUND

On April 3, 2009, the Magistrate Judge issued an order striking supporting documents submitted by Plaintiff because the Court cannot serve as a repository for Plaintiff's evidence and these proceedings are not yet at the evidentiary stage. On April 6, 2009, the Magistrate Judge issued an order requiring Plaintiff to either file a third amended complaint or notify the court of

1

1  willingness to proceed only on claims found to be cognizable.  Plaintiff filed objections to these
2  orders and a motion for reconsideration.  On June 23, 2009, the Court issued an order overruling
3  Plaintiff's objections.  Before the Court is Plaintiff's motion for reconsideration, filed July 13,
4  2009, of this Court's June 23, 2009 order, and Plaintiff's supplemental pleadings, filed on
5  September 30, 2009 and December 2, 2009 with this Court.

## DISCUSSION

### Motion For Reconsideration

8  Motions to reconsider are committed to the discretion of the trial court.  *Rodgers v. Watt*,
9  722 F.2d 456, 460 (9th Cir. 1983) (en banc); *Combs v. Nick Garin Trucking*, 825 F.2d 437, 441
10  (D.C. Cir. 1987).  A party seeking reconsideration must set forth facts or law of a strongly
11  convincing nature to induce the court to reverse a prior decision.  *See, e.g., Kern-Tulare Water*
12  *Dist. v. City of Bakersfield*, 634 F. Supp. 656, 665 (E.D. Cal. 1986), *aff'd in part and rev'd in*
13  *part on other grounds*, 828 F.2d 514 (9th Cir. 1987).  This Court's Local Rule 230(j) requires a
14  party seeking reconsideration to demonstrate "what new or different facts or circumstances are
15  claimed to exist which did not exist or were not shown upon such prior motion, or what other
16  grounds exist for the motion."

17  Plaintiff's lengthy motion presents no new facts or circumstances to justify
18  reconsideration of the Court's June 23, 2009 order.  Plaintiff's motion is DENIED.

### Supplemental Pleadings

20  Plaintiff filed supplemental pleadings on September 30, 2009 and December 2, 2009.
21  Plaintiff has been warned previously that absolutely no piecemeal submissions will be accepted
22  in this action.  If Plaintiff elects to file an amended complaint, Plaintiff must file a complete third
23  amended complaint pursuant to Local Rule 220.  Plaintiff appears to misunderstand Federal Rule
24  of Civil Procedure 15(d), which states that the Court may, on just terms, permit a party to serve a
25  supplemental pleading.  Plaintiff does not have a right under the Federal Rules to submit
26  supplemental pleadings, and the Court does not grant Plaintiff leave to file a supplemental
27  pleading.  Plaintiff's supplemental pleadings, filed on September 30, 2009, and December 2,
28  2009, are HEREBY ORDERED stricken.

**CONCLUSION AND ORDER**

Accordingly, the Court HEREBY ORDERS as follows:

1. Plaintiff's motion, filed July 13, 2009, is DENIED.
2. Plaintiff's supplemental pleadings, filed on September 30, 2009 and December 2, 2009, are STRICKEN.
3. Within **twenty (20) days** from the date of service of this order, Plaintiff must either:
    a. File a third amended complaint curing the deficiencies identified by the Court in the Magistrate Judge's April 6, 2009 order, **or**
    b. Notify the Court in writing that he does not wish to file a third amended complaint and wishes to proceed only against Defendants D. Adams, Lopez, D. Ortiz, J. Hartley, L. Watson, F. P. Field, and M. Jennings.
4. If Plaintiff elects to file an amended complaint, Plaintiff is ordered to file a complete third amended complaint, per Local Rule 220, and absolutely no piecemeal submissions. The complaint must be retyped and filed so that it is complete in itself without reference to the prior pleadings or reference to any other document.

**Plaintiff is admonished that failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

**Dated:**   December 16, 2009                /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE