# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANTHONY WINTERS,<br><br>                    Plaintiff,<br><br>     v.<br><br>SUSAN HUBBARD, et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. 1:08-cv-01681-LJO-DLB PC<br><br>ORDER DENYING MOTION CONSTRUED AS MOTION FOR RECONSIDERATION AND NOTICE OF RELATED CASES<br><br>(Docs. 47, 48) |

**Order**

Plaintiff Robert Anthony Winters ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action. On December 16, 2009, Plaintiff filed a motion requesting reconsideration of the Magistrate Judge's April 3, 2009 order. This motion raises the same arguments which were addressed in the Court's December 16, 2009 order. Plaintiff's December 16, 2009 motion is thus DENIED as moot.

Plaintiff also filed a document entitled "'Notice of Related Cases' LOCAL RULES APPENDIX A(f)(2)(4), 83-123(a)(3)(c); and FEDERAL RULES OF CIVIL PROCEDURE, RULE 73(b)(3)." (Doc. 48.) Plaintiff is simply re-filing a document he had previously filed on April 22, 2009. (Doc. 31.) The Magistrate Judge assigned to this action issued an order denying Plaintiff's requests on August 19, 2009. (Doc. 39.) The Court will not revisit this order.

IT IS SO ORDERED.

**Dated:   March 4, 2010**                    /s/ Lawrence J. O'Neill
                                                             UNITED STATES DISTRICT JUDGE

1